GIBSON AND CO. *vs.* J. AND J. BELLOW.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF
NEW-ORLEANS.

Judgment affirmed with ten per cent damages, as a frivolous appeal.

This is an action against the maker and endorser of a promissory note.

The defendants pleaded the general issue, and denied that the plaintiffs were the legal holders of the note sued on.

On the production of the note and protest, the plaintiffs had judgment *in solido*, and the defendants appealed.

*Grima*, for the plaintiffs, urged the affirmance of the judgment, with damages.

*Morphy, J.*, delivered the opinion of the court.

The judgment appealed from is one rendered against defendants, *in solido*, as the drawer and endorser of a promissory note held by plaintiffs ; no defence has been attempted in either court.

It is, therefore, ordered, that the judgment of the Parish Court be affirmed, with costs, and ten per cent damages.